IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KALEEF WESTBROOK,

    Petitioner,

v.

SUPERINTENDANT JOHN THOMAS, et al.,

    Respondents.

CIVIL ACTION
NO. 14-4700

# ORDER

**AND NOW**, this 22nd day of February 2016, upon consideration of Petitioner's pro se Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response to the Petition for Writ of Habeas Corpus (Doc. No. 9), the Report and Recommendation filed by United States Magistrate Judge Henry S. Perkin (Doc. No. 10), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation (Doc. Nos. 14, 15, 16, 17), and in accordance with the Opinion issued this day, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 10) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of this ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.